# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| BRYAN GLYNN, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:17-CV-1378 |
| BOCA DO LOBO, | : |
| Defendant. | : |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, under Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action. Such dismissal shall be with prejudice, with each side to bear its own costs and attorneys' fees.

Signed this 18th day of May, 2018

                                                    ___/s/____*David C. Deal*_____
                                                    Plaintiff (by Counsel)

                                                    David C. Deal (VA Bar No.: 86005)
                                                    The Law Office of David C. Deal, P.L.C.
                                                    P.O. Box 1042
                                                    Crozet, VA 22932
                                                    434-233-2727, Telephone
                                                    888-965-8083, Facsimile
                                                    *Counsel for Plaintiff*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Notice was mailed by USPS First Class on May 18, 2018 to the following:

Joana Valente Silva
Boca Do Lobo
9255 Center Street, #102
Manassas, VA 20110


___/s/____*David C. Deal*_____
David C. Deal (VA Bar No.: 86005)
The Law Office of David C. Deal, P.L.C.
P.O. Box 1042
Crozet, VA 22932
434-233-2727, Telephone
888-965-8083, Facsimile
*Counsel for Plaintiff*